UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


TAVIA WAGNER,

          Plaintiff,

v.                                        Case No:  6:21-cv-2182-RBD-EJK

WILLIE RAY BEARD, and
MLCK, INC., d/b/a PAT'S PLACE,
          Defendants.

_____

## ORDER

This cause is before the Court upon the filing of the Plaintiff's Notice of Settlement with Defendant WILLIE RAY BEARD (Doc. 17) filed May 2, 2022. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That Plaintiff Tavia Wagner's individual claims and action against Defendant WILLIE RAY BEARD are hereby **DISMISSED WITH PREJUDICE**.

2. The Clerk is **DIRECTED** to terminate Defendant WILLIE RAY BEARD as a party to this action.

3. The Clerk is **DIRECTED** to close this file.


**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 10, 2022.

ROY B. DALTON JR.
United States District Judge